**Brandon ROBERTS, Plaintiff-Appellant,**

v.

**Sgt. Julie M. THRASHER; Co. II M. Davies; Lt. S. McKenzie; Capt. R. M. Friend; Hearing Officer Peter Juknelis; Former Lt. Damon Thomas; Lt. Thomas Sires; Former Warden Bobby P. Shearin, Defendants-Appellees.**

No. 16-7580

United States Court of Appeals, Fourth Circuit.

Submitted: May 16, 2017

Decided: May 30, 2017

Brandon Roberts, Appellant Pro Se.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Roberts appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Roberts v. Thrasher*, No. 1:15-cv-01906-ELH, 2015 WL 4485477 (D. Md. July 20, 2015; Oct. 4, 2016). We grant Roberts' motion to amend his informal brief, and deny his motions for leave to file a record appendix and to supplement the record as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*